# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-80058-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**SORRINDA ALEXANDER THOMAS,**
    **Defendant.**
_____/

## *ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING*

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 62], dated June 24, 2014. Upon consideration, it is

    **ORDERED** and **ADJUDGED** that:

    1. The Magistrate Judge's Report and Recommendations are **adopted**.

    2. A sentencing hearing will be conducted on **Monday, October 6, 2014, at 2:30 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 25th day of June, 2014.

**copy furnished:**
AUSA John C. McMillan, Jr.
AFPD Peter V. Birch
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge